II. **Count Two:** **False and Fraudulent Claims of Medical Necessity.**

118. Plaintiffs reallege and incorporate herein by reference each and every allegation contained in this Complaint.

119. Defendants explicitly and / or impliedly represented to Medicare, and aided and abetted one another in representing to Medicare, that the genetic tests that the doctors were ordering were medically necessary and appropriate.

120. Defendants knew that the genetic tests were not in fact medically necessary and appropriate, and in fact, were based on shaky science and of questionable value to patients at all.

121. Defendant doctors and other doctors nationwide rarely if ever use Proove's tests in providing health care to patients.

122. Thus all defendants made false and fraudulent claims to the United States; presented the claims to the United States for payment or approval; and did so knowing that the claim was false or fraudulent, all in violation of 31 U.S.C. § 3729(a)(1).

IV. **Count Three:** **Knowingly Presenting a False or Fraudulent Record by "unbundling" multiple tests for billing.**

123. Plaintiffs reallege and incorporate herein by reference each and every allegation contained in this Complaint.

124. Defendants created false records stating that the "dates of treatment" were different than the actual dates that services were provided to patients.

125. Defendants did so to "unbundle" multiple tests that were simultaneously run from one cheek swab, to improperly multiply remuneration from Medicare and/or private insurers.

126. Defendants thus knowingly made, used, or caused to be made or used, a false record or statement to get a false or fraudulent claim paid or approved by the Government; all in violation of 31 U.S.C. § 3729(a)(2).

## V. Count Four: Unlawful "Test Add-ons."

127. Plaintiffs reallege and incorporate herein by reference each and every allegation contained in this Complaint.

128. Defendants improperly ran "test add-ons" and caused "test add-ons" to be run that were not medically indicated, had no value to the patients, and were designed only for the purpose of generating additional revenue.

129. Defendants thus knowingly made, used, or caused to be made or used, a false record or statement to get a false or fraudulent claim paid or approved by the Government; all in violation of 31 U.S.C. § 3729(a)(2).

## VI. Count Five: Conspiracy

130. Plaintiffs reallege and incorporate herein by reference each and every allegation contained in this Complaint.

131. Defendants conspired to violate the law as set forth in Counts 1-5, *supra*.

132. Conspiracy to commit violations of the False Claim Act is also a violation of the FCA. See 31 U.S.C. § 3729(a)(1)(C).

## PRAYER FOR RELIEF

Plaintiff prays for judgment against defendants and on behalf of herself and the United States as follows:

1. That this Court enter a judgment against Defendant in an amount equal to three times the amount of damages the United States has sustained as a result of Defendant's violations of the False Claims Act;

2. A civil penalty for each of Defendant's violations of the False Claims Act as set forth in § 3729(a)(1)(G);
3. All costs of this action, with interest, including the cost to the United States Government for its expenses related to this action;
4. Reasonable attorneys' fees in bringing this action;
5. A Relator's award of at least 15% but not more than 25% of the proceeds of the action (if the Government intervenes);
6. A Relator's award of at least 25% but not more than 30% of the proceeds of the action (if the Government does not intervene);
7. Prejudgment interest;
8. That a trial by jury be held on all issues so triable; and
9. That Relator Rachel Perry and the United States receive all relief to which either or both may be entitled at law or in equity.

Dated: April 5, 2017

Respectfully Submitted,

**TIMOTHY A. SCOTT**
**NICOLAS O. JIMENEZ**

LAW OFFICES OF TIMOTHY A. SCOTT, APC
Attorneys for Plaintiff / Relator
Rachel Perry

COMPLAINT

# EXHIBIT

# A



# How-To: Test Add-On

## I. Test Add-On General Info

**Definition:** additional test(s) the physician has requested subsequent to those originally ordered
**When would a test add-on be ordered?** 1) when not all test ordered where checked off on Testing Agreement, 2) when physician decides to order additional tests due to a change in patient's treatment, or 3) when new tests are available

## II. What Visit Number is my Test Add-On?

Test Add-On requested...

**During a patient's study visit** (e.g. visit 2 or 3)
↓
Test Add-On
&
Complete all functions of typical study visit (PQ, IIE, and include study visit on the OTR).

**After completion of all study visits**
↓
Test Add-On
&
Do NOT complete any research functions; do NOT include PQ, IIE and do not include onto OTR.

## III. Add-On Checklist

☐ Medical Necessity & Assignment of Benefits Packet (all white copies to Proove; white Testing Agreement has patient and specimen labels)
☐ Copy of patient demographics
☐ Copy of insurance cards (both sides)
☐ Copy of govt. issued picture Identification
☐ Specimen, if patient is present
☐ Any study visit functions, if test add-on ordered during study visit

**Patient Labels (write in ORIGINAL P-number):**
☐ Testing Agreement     ☐ OTR (if treated as visit 2)
☐ Specimen (write on specimen tube with permanent marker)

**Specimen Labels (new SW-labels):** ☐ Testing Agreement     ☐ Specimen

**Patient Copies** (1 page): ☐ Pink carbon copy of Testing Agreement

**Physician Copies** (1 page): ☐ Yellow carbon copy of Testing Agreement

3/18/16

1



## IV. Reswab Instructions: Patient is NOT present

If the patient is **NOT** present and the doctor wants to order additional tests:

1. Have <u>physician only</u> sign the *Medical Necessity and Assignment of Benefits* Packet. The patient signature will not be required. The following forms need to signed/completed: Medical Necessity and Assignment of Benefits, Proove Pain Management Testing Agreement, and Request for Authorization.

2. Write "Add-on" on the top left hand corner of the *Proove Pain Management Testing Agreement (TA)* and complete <u>all sections</u>

3. Select the additional test(s) that the physician wants to order

4. Write the <u>ORIGINAL patient ID</u> (P) in the *Proove Patient ID Label/Number* box on the TA.

5. Write the <u>ORIGINAL sample ID</u> (SW) in the *Specimen ID Label* box on the TA.

6. Include copies of demographics, insurance card(s) and personal identification

7. Fold the paperwork and place in the sleeve of a specimen bag.





## V. Reswab Instructions: Patient IS present

If the patient **IS** present and the doctor wants to order additional tests:

1. Have **physician and** patient sign the *Medical Necessity and Assignment of Benefits* Packet. The following forms need to signed/completed: Medical Necessity and Assignment of Benefits, Proove Pain Management Testing Agreement, and Request for Authorization.

2. **Swab patient**

3. Write "Add-on" on the top left hand corner of the *Proove Pain Management Testing Agreement (TA)* and complete <u>all sections</u>

4. Select the additional test(s) that the physician wants to order

5. Ask the patient the Y/N questions for the phenotypes whether PBIO 1 is ordered or not.

6. Write the <u>ORIGINAL</u> patient ID (P) in the *Proove Patient ID Label/Number* box on the TA.

7. Assign a <u>NEW sample ID</u> (SW) by obtaining a (SW) sticker and affixing it onto the *Specimen ID Label* box on the TA.

8. Affix the NEW sample ID (SW) sticker onto the sample tube. Discard the remaining 2 sample ID (SW) stickers to avoid using them on another patient.

9. Write the ORIGINAL patient ID (P) onto the <u>specimen tube</u> using a <u>permanent marker</u>.

10. Include copies of demographics, insurance card(s) and personal identification

11. Place the specimen inside the zippered portion of the specimen bag. Fold the paperwork and place in the sleeve of a specimen bag.

# EXHIBIT

# B

### First Thing in the Morning
- Print schedule off EHR
- Check clinic log to see if a patient is a visit 2 or visit 3
- Check insurance of every patient you have not seen by clicking on their name on the Daily Schedule in the EHR...his or her insurance will be listed at the top
  - If over 18 years old with PPO or Medicare, you will swab them
  - DO NOT SWAB ANYONE WHO IS: MONARCH, MHAP, PROSPECT, SELF-PAY
- When you click on each patient's name, if the "FYI" button at the top of the EHR screen is yellow, click to see what it says
  - Do not see patients who previously said they do not want genetic testing
- Highlight the patients you will be seeing for the day
  - Periodically check EHR to see if any patients have been added to the schedule
- Print all "Visit 2" Results
  - Write common brand names next to each medication (See below)
  - Place each patient's results in his or her chart at the front desk
    - Kathleen can show you where Dr. Abdollahi's charts for the day are
- Check "Task List" on EHR

### Misc.
- You will find a patient's ICD codes on his or her clinical desktop on the left side under "Problem" tab
- You will find a patient's medications on his or her clinical desktop on the left side under "Meds" tab
- Check Dr. Abdollahi's surgery schedule for the week...it will be on his regular EHR Daily Schedule... but under "type" it will say SURGAB and will usually be at least 180 minutes or more
  - Print just pages 1 and 2 of the summary report for any patient who has had Proove testing
    - Staple and put those results in the patient's chart...these will either be near Suzy's desk, on Dr. Abdollahi's desk, or in his black bag
- Sometimes Dr. Abdollahi will have you swab patients who are in the hospital
  - Go to nurse's station for whatever floor the patient is on
  - Explain you work with Dr. Abdollahi and he wants a test done on the patient
  - Get the hospital facesheet for the patient from the nurse's station for insurance/demographic info
- Mail test results to patients on mornings Dr. Abdollahi is in surgery or days he has off
  - Go into headquarters. Get envelopes from supply room upstairs. Have Carla downstairs print postage on the envelopes. Print results off egnyte on your laptop (Adam will help you set up your laptop to the printer). Get address from either Helix or EHR.
    - Dr. Abdollahi wants every single patient swabbed to have a color copy of his or her results

- I have so far mailed results to every patient who has **not** had a visit 2
- I am now in the process of mailing out results to patients who had a visit 2 *BEFORE* March 16th, 2016 and mailing out results to patients who recently got swabbed and have not had any results mailed to them. Eventually, you will be caught up and only have to mail results to patients who recently got swabbed.
    - The first bolded name down the list is the last patient I mailed results to. Begin with the next patient who had a visit 2 before March 16th, and keep going down the clinic log list mailing to patients who had a visit 2 before March 16th
- The second bolded name on the list is the last patient I mailed results to who recently got swabbed and has not received any results in the mail. Make sure patients don't wait longer than 1.5 months after getting swabbed to mail results
- On Tuesdays and Thursdays, Ava will be here using the desktop computer
    - On Tuesdays, you can set up your laptop in and see patients out of Room 2 (As long as Dr. Ashkenaze does not have patients that day)
- On Fridays, Nina will be here using the desktop computer
    - On Thursdays and Fridays, you will work in Dr. Abdollahi's office on your laptop
- Sometimes Dr. Abdollahi has you put the yellow flag up outside his room so he can easily send patients your way
- When Dr. Abdollahi, Ava, or Dr. Wang give you an insurance rejection, print the office note and encounter form under the Clinical Desktop for the date of swab for the patient
- At the end of the day, put everything that needs to be signed in the orange "Proove documents to be signed" folder, and place that folder on top of the corresponding doctor's desk
- I usually printed test reports and other long documents from the AOS Xerox printer
    - If I was printing something in smaller quantity (like the daily schedule) I would use Dr. Abdollahi's Brother printer
    - https://www.youtube.com/watch?v=y5LtZCBdaug
        - Use that video when toner runs low on Brother printer to get a few extra prints
- When you receive an insurance denial letter….
    - Print office note and clinical summary from the patient's date of swab (located on Clinical Desktop)
    - Paper clip it to the denial letter and place it in the OTR envelope you are sending to headquarters
- Tips for Getting in/Out of Room Quickly
    - Give WOMAC portion of patient questionairre to patient to fill out his or herself…do not ask them the 0-4 scale questions, as it tends to make him or her more chatty
    - Do not fill out paperwork with patient, only have patients sign paperwork, and you fill out paperwork later on your own time

- Right when you enter, tell the patient that Dr. Abdollahi might walk in at any time, and if he does, you will follow up with them after
  - When Dr. Abdollahi enters, stop what you're doing, take all paperwork/swab with you, and tell the patient you will finish up with them later
    - You can re-enter when patient is waiting for x-rays, done with x-rays and waiting for Dr. Abdollahi, waiting for injection, etc.

## Visit 1

- Print demographics (Press the blue "i" button in the top left corner after you click on a patient's name on EHR schedule)
- Print insurance card (Click "clinical desktop" after you click on a patient's name on EHR schedule or double click on the patient's name on EHR schedule. A patient's insurance card will be under "Misc Non-Medical" on the Clinical Desktop)
- If the insurance card or demographics are not available, check the patient's chart after the patient has been seen
  - The patient's chart will be in a clear box in the front desk area
- If a patient does not want to do genetic testing, click their name on the EHR schedule
  - Click the "FYI" button at the top
    - Enter "Does not want genetic testing +date"
  - Go to their Office note from that day on their clinical desktop
    - Click edit
    - Click "At next visit" under "Plan" on the left
    - Type "Recommend genetic testing"
    - Save and exit. Sign the note
- If you swab a patient, enter in the "FYI" button box "Genetic testing +date of swab"

## Visit 2

- Print results (Summary and PBIO2) off Egnyte
- Write the common brand names for each medication on the patient's results
  - Hydrocodone- Norco/Vicodin
  - Oxycodone- Oxycontin/Percocet
  - Morphine- MS Contin/Avinza
  - Tramadol-Ultram
  - Hydromorphone- Dilaudid
  - Ibuprofen- Advil/Motrin
  - Gabapentin- Neurontin
  - Alprazolam- Xanax
  - Duloxetine- Cymbalta
  - Acetaminophen- Tylenol
- When reading results with patient:
  - PBIO1: Results are on a scale of 1-52. 1 is lowest risk for opioid dependence; 52 is highest risk

- PBIO2: Don't read the result off summary report...read off the actual PBIO2 report
- PBIO4: Results are on a scale of 1-5. 1 is highest pain tolerance, 5 is most pain sensitive. The average person is a 3. Explain what his or her result means (there is a summary on the right side)
- PBIO17: These are potential risks (compared to the average person) for if a patient takes NSAIDs on a frequent basis or higher than average dose
- PBIO5 and PBIO11: "Likely good responder" means the medication is likely to do what it is supposed to do because the patient has functional receptors for the medication. "Likely poor responder" means the medication is not likely to do what it is supposed to do because the patient does not have functional receptors for the medication.
    - This test does not predict if a patient will have side effects or not
    - "Normal dose"- he or she has properly functioning enzymes to break down that medication
    - "Lower dose"- he or she has inefficient enzymes to break down the medication. He or she should take a lower than average dose so that they do not get a build up of the medication in his or her body (can lead to negative side effects or toxicity)
    - "Higher dose"- his or her enzymes break down the medication too quickly. He or she should take a higher than average dose so he or she does not flush out the medication before getting the right effects
- PBIO18: How he or she responds to medications used to wean people off of opioids (typically used with opioid addicts)
- PBIO21: Fentanyl can be used as a pain relief or as anesthesia
    - Good/poor responder for Fentanyl= for pain relief
    - Susceptible to respiratory suppression=ok for anesthesia
    - Resistant to respiratory suppression=won't work as well with anesthesia
- PBIO2 Test Results:
    - "Standard Precaution"- Can take with same precaution as warning label on bottle, what doctor typically prescribes, etc.
    - "Caution" or "Extreme Caution" -Check pages after chart to see what type of caution to take with each medication based off their enzymes
- You will fill out IE for Dr. Abdollahi. He will sign at the end of the day.
  - Make sure where he is supposed to sign is highlighted orange
    - Make sure it is highlighted orange on EVERYTHING he needs to sign (TA, Informed Consent, OTR, etc)
  - Use your best judgment based off how the patient responded to report. I most often gave 3's, sometimes with some 4's.
- Reflect on the "FYI" button for a patient "Went over results with patient +date"
- If a patient has a "1" on Pain sensitivity result
  - Go to patient's clinical desktop
  - Click "new" under problems
  - Type "pain sensitivity"

- o Add "No sensitivity to pain" ICD code
- If a patient has a "5" on Pain sensitivity result
  - o Go to patient's clinical desktop
  - o Click "new" under problems
  - o Type "pain sensitivity"
  - o Add "Increased sensitivity to pain" ICD code

Visit 3
- You will fill out IIE for Dr. Abdollahi

## Importing Results into EHR Clinical Desktop

- Make sure that if a patient has test results available on Egnyte, they are on the patient's clinical desktop
  - o Open internet explorer in the EHR desktop
  - o Download a patient's results from Egnyte
- Open St. Joseph Scan Live in the EHR desktop
  - o Click "file" → "import" → "import documents"
  - o Click three dots next to "source file"
  - o Click the summary file for patient
  - o Under template click "batch basket"
  - o Click import
  - o Repeat for PBIO2 file for same patient
  - o Exit Allscript Document Management: Import Documents tab
  - o Click "batch" tab in upper left corner
  - o Find summary file for patient you just imported
  - o Click "sort to chart"
  - o Type patient's last then first name to search for patient. Click on correct patient
  - o Click the three dots next to "current folder"
  - o Click on "Genetic testing" under "Misc Medical"
  - o Click "File document"
  - o Repeat for PBIO2 file for same patient
- Delete the two files off EHR desktop's downloads after you have imported them

## How to Delete a Genetic Test File from EHR Clinical Desktop

- Open St. Joseph Scan Live in EHR Desktop
- Click "search" icon in upper left corner
- Type patient's last then first name
- Click Genetic testing folder under "Misc Medical"
- Right click the document you want to delete
- Click "Cut"
- Click on archives
- Click "Paste"

### For Dr. Wang's Patients
- Do everything the same as Dr. Abdollahi except the following:
    - Get a copy of a patient's demographics/insurance information from their paper chart **the same day you see the patient** as Dr. Wang often takes charts home
    - Request ICD codes for each patient from Dr. Wang
    - Import patient's results to Practice Fusion
        - Click "tasks" tab on left
        - Click "documents" in upper left corner
        - Click "upload"
        - When uploading, assign to "William Wang" as provider
        - When uploading, name summary "Proove Summary" and name PBIO2 "Proove Drug Metabolism"
    - You will need to check each patient's insurance manually in his or her chart when he or she arrives

# EXHIBIT

# C



**PROOVE BIOSCIENCES**

Official Documentation and Daily Time Record
# Physician Clinical Research Services

| Physician / Clinic: | Location: | Clinic ID: | Enter Date: |
|---|---|---|---|
| AOS of OC / Dr. Abdollahi | Laguna Beach, CA | 4L91 | 02/18/2016 |

(1) This time record shall be used to account for time spent fulfilling the services. This record covers one day of services.
(2) Once this record has been completed and signed below, the ORIGINAL form must be returned to our office for review and approval.
(3) This record MUST ONLY BE SENT by MAIL or our SECURE FAX shown below.
(4) To comply with privacy regulations, DO NOT SEND this report electronically. Keep a copy for your records.

By Fax: 1-855-309-0282

By Mail: PROOVE MEDICAL LABORATORIES
26 Technology Drive East
Irvine, CA 92618

**ATTESTATION By Physician:**
I, the above noted physician, attest that the hours show below as "Time Spent" were actually worked by me. Also, the hours shown are for services consistent with those required to be performed by me pursuant to the Agreement.

Signature of Physician/Provider     Date: 2/18/16
Print Name of Physician/Provider: Karim Abdollahi, M.D.

**ATTESTATION By Proove Biosciences, Inc:**
The services provided were consistent with and in accordance with the services required by Proove Biosciences, Inc.

Authorized Signature of Proove Biosciences, Inc     Date: 2/18/18
Signature of Proove Research Assistant     Date: 2/18/18

| DATE OF SERVICE | VISIT # | DOC REQ'D | SUBJECT ID | FUNCTION PERFORMED (Check all that apply) | TIME SPENT (Minutes) |
|---|---|---|---|---|---|
| 2/18/16 | R2 | KH | P20019803 | VISIT 2: [x]-Review Genetic Information, [x]-Complete IIE Form, [x]-Patient Questionnaire | 10 |
| 2/18/16 | R2 (R1 2/10 KH) | KH | P20045811 | VISIT 2: [x]-Review Genetic Information, [x]-Complete IIE Form, [x]-Patient Questionnaire | 11 |
| 2/18/16 | R1 | KH | P20045812 | VISIT 1: [x]-Review Medical Record to Identify Candidate, [x]-Oversee Patient Enrollment & Informed Consent, [x]-Patient Questionnaire | 10 |
| 2/18/16 | R2 | KH | P20019874 | VISIT 2: [x]-Review Genetic Information, [x]-Complete IIE Form, [x]-Patient Questionnaire | 15 |
| 2/18/16 | R2 | KH | P20045026 | VISIT 2: [x]-Review Genetic Information, [x]-Complete IIE Form, [x]-Patient Questionnaire | 12 |

Proove Biosciences, Inc | (855) 776-6832

MLR Approved May 18, 2015
12020

# EXHIBIT

# D

| INVESTIGATOR INTERVENTION EVALUATION | Protocol: | Visit #: |
|---|---|---|
| Patient ID: P - ___ ___ ___ ___ ___ ___ ___ | Location: | Date: ___ / ___ / _____ |

# PROOVE BIOSCIENCES | INVESTIGATOR INTERVENTION EVALUATION

☐ **Test Ordered** — **Opioid Risk Genetic Profile:** *Please check all actions/considerations you made.*

- ☐ Changed opioid prescribed
- ☐ Started an opioid rotation
- ☐ Switched from a long-acting to a short-acting opioid
- ☐ Switched from a short-acting to a long-acting opioid
- ☐ Increased or ☐ decreased total opioid dose/frequency
- ☐ Increased or ☐ decreased frequency of urine drug screens
- ☐ Other_____
- ☐ Decided to titrate the patient off opioids
- ☐ Switched from an opioid to a non-opioid pain medication
- ☐ Advised another provider to make changes in this patient's prescriptions
- ☐ Spent more time with the patient
- ☐ Felt more confident with your medical regimen after reviewing and implementing the genetic information
- ☐ No changes were implemented based on this test result

*Please rate the benefit of this test on your patient's care, with 1= no benefit and 5 = significant benefit (please circle a #)*   1   2   3   4   5

☐ **Test Ordered** — **Drug Metabolism Genetic Profile:** *Please check all actions/considerations you made.*

- ☐ Helped explain inconsistencies in the patient's UDT
- ☐ Helped explain why the patient was not experiencing adequate therapeutic benefit from his/her medications
- ☐ Helped explain why the patient was experiencing, or had experienced, adverse events with his/her medication
- ☐ I changed this patient's medication based on the DME result
- ☐ I changed the patient's dosage based on the DME result
- ☐ The DME test result reduced the number of office visits and number of medications used in trial-and-error until resolution
- ☐ No changes were implemented based on this test result

*Please rate the benefit of this test on your patient's care, with 1= no benefit and 5 = significant benefit (please circle a #)*   1   2   3   4   5

☐ **Test Ordered** — **Pain Perception Genetic Profile:** *Please select an answer for each question.*

1. Was the patient's self-reported pain score consistent with your evaluation of the patient's injury?   Yes ☐   No ☐   Unsure ☐
2. Did the Pain Perception rating accurately predict whether the patient over or under-reported his/her pain?   Yes ☐   No ☐   Unsure ☐
3. Did the objective evaluation of pain sensitivity help guide your treatment plan decisions?   Yes ☐   No ☐   Unsure ☐
4. Did the test result help you to prescribe a medication that works better for your patient?   Yes ☐   No ☐   Unsure ☐
5. Did you order any additional diagnostic tests (e.g. MRI, x-rays, etc) based on the test report?   Yes ☐   No ☐   N/A ☐
6. Did you order any of the following alternative therapies based on the Pain Perception test results?
   ☐ Cognitive-Behavioral Therapy   ☐ Physical Therapy   ☐ Psychiatric Consultation   ☐ Other:_____

| Patient's Current Medication List | | | | Did you change the medication dose based on the test results? | | | | Rate your patient's response to their medication in comparison to their last visit: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Medication | Start Date (approx.) | Dose | Frequency | ↑ | ↓ | Discontinued | No Change | Significantly Improved | Improved | No Change | Worsened |
|  | __ / __ / ____ |  |  |  |  |  |  |  |  |  |  |
|  | __ / __ / ____ |  |  |  |  |  |  |  |  |  |  |
|  | __ / __ / ____ |  |  |  |  |  |  |  |  |  |  |
|  | __ / __ / ____ |  |  |  |  |  |  |  |  |  |  |

**Proove Response Tests:** *Please answer the following questions for the tests that were ordered for the patient.*

| Please check which test was ordered for the patient: → Indicate below ↓ whether each applicable test result influenced your patient care in the following ways: | ☐ Opioid Response | ☐ Non Opioid Response | ☐ Medically Assisted Treatment | ☐ Epidural with Fentanyl |
|---|---|---|---|---|
| Helped explain why the patient was not experiencing adequate therapeutic benefit from his/her medications | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ |
| Helped explain why the patient was experiencing, or had experienced, adverse events with his/her medications | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ |
| I selected a different medication based on this test result | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ |
| I changed the medication dosage based on this test result | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ |
| The test result reduced the number of medications used in trial-and-error until resolution | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ |
| Please rate the value of the test in improving your patient's care by circling a number, with: 1= Not at all valuable, 2= Slightly valuable, 3= Moderately valuable, 4= Mostly valuable, 5= Extremely valuable | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ |

Investigator Signature: _____   Investigator Name: _____

MLR Approved July 1, 2015

Sourced From Electronic File

10600ELR

# EXHIBIT

# E