4/4/2017                                    Good morning peeps....

Reply all |
Delete
Junk |


# Good morning peeps....
BS
Beth Stevens



Reply all |


Thu 4/7/2016, 8:12 AM
**Beth's RAs**
...

Inbox
Inbox


Action Items
Good morning peeps....

So....I got absolutely hammered yesterday by our CEO, Briam Meshkin who seems to think that our RA's are NOT working to the fullest capacity.  I took one for the team and spoke up about how each and every one of my RA's are doing what they can....which he seems to think is NOT good enough...

I refuse to be the person who is continually bringing you bad news.  Bottom line is this....Continue to do the great job you are all doing....but please look to make that magic #5 happen on a daily basis. Also, please make sure the samples are sent in a timely manner and that your logs are current. Especially visit 2's and 3's as Brian seems to think you are all sitting around for 8 hours! 😕

I honestly appreciate all you do, I am so lucky I have such a great team!

Have a great Thursday...I will be in the office all day today if anyone needs anything.



You're receiving this message because you're a subscribed member of the Beth's RAs group.
View group conversations | View group files | Unsubscribe

# EXHIBIT

# F



*Official Documentation and Daily Time Record*
## Physician Clinical Research Services

| Physician / Clinic: | Location: | Clinic ID: | Enter Date: |
|---|---|---|---|
| AOS of OC/Dr. Abdollahi | Laguna Beach, CA | 4L91 | 02/18/2016 |

(1) This time record shall be used to account for time spent fulfilling the services. This record covers one day of services.
(2) Once this record has been completed and signed below, the ORIGINAL form must be returned to our office for review and approval.
(3) This record MUST ONLY BE SENT BY MAIL or our SECURE FAX shown below.
(4) To comply with privacy regulations, DO NOT SEND this report electronically. Keep a copy for your records.

By Fax:   1-855-309-0282

By Mail:   PROOVE MEDICAL LABORATORIES
26 Technology Drive East
Irvine, CA 92618

**ATTESTATION By Physician:**
I, the above noted physician, attest that the hours show below as "Time Spent" were actually worked by me. Also, the hours shown are for services consistent with those required to be performed by me pursuant to the Agreement.

Signature of Physician/Provider     Date   2/18/18

**Karim Abdollahi, M.D.**
Print Name of Physician/Provider

**ATTESTATION By Proove Biosciences, Inc:**
The services provided were consistent with and in accordance with the services required by Proove Biosciences, Inc.

Authorized Signature of Proove Biosciences, Inc     Date   2/18/18
Signature of Proove Research Assistant     Date

| DATE OF SERVICE | VISIT # | DOC REQ'D | SUBJECT ID | ✓ FUNCTION PERFORMED (Check all that apply) | TIME SPENT (Minutes) |
|---|---|---|---|---|---|
| 2/18/16 | R2 | KH | P20019803 | VISIT 1: [ ] – Review Medical Record to Identify Candidate, [ ] – Oversee Patient Enrollment & Informed Consent, [ ] – Patient Questionnaire / VISIT 2: [ ] – Review Genetic Information, [ ] – Complete IIE Form, [ ] – Patient Questionnaire/ VISIT 3+: [ ] – Complete IIE Form [ ] – Patient Questionnaire / [ ] – OTHER _____ | 10 |
| 2/18/16 | R2 R1 2/18 kh | KH | [barcode] P20045811 | VISIT 1: [ ] – Review Medical Record to Identify Candidate, [ ] – Oversee Patient Enrollment & Informed Consent, [ ] – Patient Questionnaire / VISIT 2: [ ] – Review Genetic Information, [ ] – Complete IIE Form, [ ] – Patient Questionnaire/ VISIT 3+: [ ] – Complete IIE Form [ ] – Patient Questionnaire / [ ] – OTHER _____ | 11 |
| 2/18/16 | R1 | KH | [barcode] P20045812 | VISIT 1: [ ] – Review Medical Record to Identify Candidate, [✓] – Oversee Patient Enrollment & Informed Consent, [✓] – Patient Questionnaire / VISIT 2: [ ] – Review Genetic Information, [ ] – Complete IIE Form, [ ] – Patient Questionnaire/ VISIT 3+: [ ] – Complete IIE Form [ ] – Patient Questionnaire / [ ] – OTHER _____ | 10 |
| 2/18/16 | R2 | KH | P20019874 | VISIT 1: [ ] – Review Medical Record to Identify Candidate, [ ] – Oversee Patient Enrollment & Informed Consent, [ ] – Patient Questionnaire / VISIT 2: [ ] – Review Genetic Information, [✓] – Complete IIE Form, [✓] – Patient Questionnaire/ VISIT 3+: [ ] – Complete IIE Form [ ] – Patient Questionnaire / [ ] – OTHER _____ | 15 |
| 2/18/16 | R2 | KH | P20045026 | VISIT 1: [ ] – Review Medical Record to Identify Candidate, [ ] – Oversee Patient Enrollment & Informed Consent, [ ] – Patient Questionnaire / VISIT 2: [ ] – Review Genetic Information, [✓] – Complete IIE Form, [✓] – Patient Questionnaire/ VISIT 3+: [ ] – Complete IIE Form [ ] – Patient Questionnaire / [ ] – OTHER _____ | 12 |
| | | | | VISIT 1: [ ] – Review Medical Record to Identify Candidate, [ ] – Oversee Patient Enrollment & Informed Consent, [ ] – Patient Questionnaire / VISIT 2: [ ] – Review Genetic Information, [ ] – Complete IIE Form, [ ] – Patient Questionnaire/ VISIT 3+: [ ] – Complete IIE Form [ ] – Patient Questionnaire / [ ] – OTHER _____ | |
| | | | | VISIT 1: [ ] – Review Medical Record to Identify Candidate, [ ] – Oversee Patient Enrollment & Informed Consent, [ ] – Patient Questionnaire / VISIT 2: [ ] – Review Genetic Information, [ ] – Complete IIE Form, [ ] – Patient Questionnaire/ VISIT 3+: [ ] – Complete IIE Form [ ] – Patient Questionnaire / [ ] – OTHER _____ | |
| | | | | VISIT 1: [ ] – Review Medical Record to Identify Candidate, [ ] – Oversee Patient Enrollment & Informed Consent, [ ] – Patient Questionnaire / VISIT 2: [ ] – Review Genetic Information, [ ] – Complete IIE Form, [ ] – Patient Questionnaire/ VISIT 3+: [ ] – Complete IIE Form [ ] – Patient Questionnaire / [ ] – OTHER _____ | |
| | | | | VISIT 1: [ ] – Review Medical Record to Identify Candidate, [ ] – Oversee Patient Enrollment & Informed Consent, [ ] – Patient Questionnaire / VISIT 2: [ ] – Review Genetic Information, [ ] – Complete IIE Form, [ ] – Patient Questionnaire/ VISIT 3+: [ ] – Complete IIE Form [ ] – Patient Questionnaire / [ ] – OTHER _____ | |
| | | | | VISIT 1: [ ] – Review Medical Record to Identify Candidate, [ ] – Oversee Patient Enrollment & Informed Consent, [ ] – Patient Questionnaire / VISIT 2: [ ] – Review Genetic Information, [ ] – Complete IIE Form, [ ] – Patient Questionnaire/ VISIT 3+: [ ] – Complete IIE Form [ ] – Patient Questionnaire / [ ] – OTHER _____ | |

# EXHIBIT

# G



**Official Documentation and Daily Time Record**

## Physician Clinical Research Services

| Physician / Clinic: | Location: | Clinic ID: | Enter Date: |
|---|---|---|---|
| Karim Abdollahi / Advanced Ortho | Laguna Beach, Ca | 4191 | 06/08/2016 |

(1) This time record shall be used to account for time spent fulfilling the services. This record covers one day of services.
(2) Once this record has been completed and signed below, the ORIGINAL form must be returned to our office for review and approval.
(3) This record MUST ONLY BE SENT by MAIL shown below.
(4) To comply with privacy regulations, DO NOT SEND this report electronically. Keep a copy for your records.

**By Mail:** PROOVE MEDICAL LABORATORIES
26 Technology Drive East
Irvine, CA 92618

**ATTESTATION By Physician:**

I, the above noted physician, attest that the hours show below as "Time Spent" were actually worked by me. Also, the hours shown are for services consistent with those required to be performed by me pursuant to the Agreement.

Signature of Physician/Provider          Date 6/8/16

Print Name of Physician/Provider  Karim Abdollahi

**ATTESTATION By Proove Biosciences, Inc:**

The services provided were consistent with and in accordance with the services required by Proove Biosciences, Inc.

Authorized Signature of Proove Biosciences, Inc   Date

Signature of Proove Research Assistant   Date  6/8/16

| Date of Service | Visit # | Doc Req'd | Subject ID | Function Performed (Check all that apply) | Time Spent (Minutes) |
|---|---|---|---|---|---|
| 6/8/16 | R1 | APN | P20121225 | VISIT 1: [ ] - Review Medical Record to Identify Candidate, [ ] - Oversee Patient Enrollment & Informed Consent, [ ] - Patient Questionnaire / VISIT 2: [ ] - Review Genetic Information, [ ] - Complete IIE Form [ ] - Patient Questionnaire/ VISIT 3: [ ] - Complete IIE Form [ ] - Patient Questionnaire / [ ] - OTHER ___ | 12 |
| 6/8/16 | R2 | APN | P20121210 | VISIT 1: [ ] - Review Medical Record to Identify Candidate, [ ] - Oversee Patient Enrollment & Informed Consent, [ ] - Patient Questionnaire / VISIT 2: [ ] - Review Genetic Information, [ ] - Complete IIE Form, [ ] - Patient Questionnaire/ VISIT 3: [ ] - Complete IIE Form [ ] - Patient Questionnaire / [ ] - OTHER ___ | 11 |
| 6/8/16 | R1 | APN | P20121226 | VISIT 1: [ ] - Review Medical Record to Identify Candidate, [ ] - Oversee Patient Enrollment & Informed Consent, [ ] - Patient Questionnaire / VISIT 2: [ ] - Review Genetic Information, [ ] - Complete IIE Form, [ ] - Patient Questionnaire/ VISIT 3: [ ] - Complete IIE Form [ ] - Patient Questionnaire / [ ] - OTHER ___ | 10 |
| 6/8/16 | R1 | APN | P20121227 | VISIT 1: [ ] - Review Medical Record to Identify Candidate, [ ] - Oversee Patient Enrollment & Informed Consent, [ ] - Patient Questionnaire / VISIT 2: [ ] - Review Genetic Information, [ ] - Complete IIE Form [ ] - Patient Questionnaire / VISIT 3: [ ] - Complete IIE Form [ ] - Patient Questionnaire / [ ] - OTHER ___ | 10 |
| 6/8/16 | R2 | APN | P20121215 | VISIT 1: [ ] - Review Medical Record to Identify Candidate, [ ] - Oversee Patient Enrollment & Informed Consent, [ ] - Patient Questionnaire / VISIT 2: [ ] - Review Genetic Information, [ ] - Complete IIE Form, [ ] - Patient Questionnaire/ VISIT 3: [ ] - Complete IIE Form [ ] - Patient Questionnaire / [ ] - OTHER ___ | 13 |
| 6/8/16 | R3 | APN | APN 6/8/16 P20019874 | VISIT 1: [ ] - Review Medical Record to Identify Candidate, [ ] - Oversee Patient Enrollment & Informed Consent, [ ] - Patient Questionnaire / VISIT 2: [ ] - Review Genetic Information, [ ] - Complete IIE Form, [ ] - Patient Questionnaire/ VISIT 3: [ ] - Complete IIE Form [ ] - Patient Questionnaire / [ ] - OTHER ___ | 8 |
| 6/8/16 | R3 | APN | P20098739 | VISIT 1: [ ] - Review Medical Record to Identify Candidate, [ ] - Oversee Patient Enrollment & Informed Consent, [ ] - Patient Questionnaire / VISIT 2: [ ] - Review Genetic Information, [ ] - Complete IIE Form, [ ] - Patient Questionnaire/ VISIT 3: [ ] - Complete IIE Form [ ] - Patient Questionnaire / [ ] - OTHER ___ | 9 |
| 6/8/16 | R2 | APN | P20121246 | VISIT 1: [ ] - Review Medical Record to Identify Candidate, [ ] - Oversee Patient Enrollment & Informed Consent, [ ] - Patient Questionnaire / VISIT 2: [ ] - Review Genetic Information, [ ] - Complete IIE Form, [ ] - Patient Questionnaire/ VISIT 3: [ ] - Complete IIE Form [ ] - Patient Questionnaire / [ ] - OTHER ___ | 14 |
| | | | | VISIT 1: [ ] - Review Medical Record to Identify Candidate, [ ] - Oversee Patient Enrollment & Informed Consent, [ ] - Patient Questionnaire / VISIT 2: [ ] - Review Genetic Information, [ ] - Complete IIE Form [ ] - Patient Questionnaire / VISIT 3: [ ] - Complete IIE Form [ ] - Patient Questionnaire / [ ] - OTHER ___ | |
| | | | | VISIT 1: [ ] - Review Medical Record to Identify Candidate, [ ] - Oversee Patient Enrollment & Informed Consent, [ ] - Patient Questionnaire / VISIT 2: [ ] - Review Genetic Information, [ ] - Complete IIE Form [ ] - Patient Questionnaire / VISIT 3: [ ] - Complete IIE Form [ ] - Patient Questionnaire / [ ] - OTHER ___ | |

MLR Approved November 10, 2015

12020

# EXHIBIT

# H

4/4/2017                                    Re: 4191

Reply all |
Delete
Junk |

# Re: 4191
RP
Rachel Perry

Reply all |

Fri 9/16/2016, 4:02 PM
Anisoara Lopez
...

Sent Items
Sent Items
Yes, you talked to me about that last week, but I had already filled out the OTRs I just sent in. I have been varying the times since last week.

Thanks,
Rachel

**From:** Anisoara Lopez
**Sent:** Friday, September 16, 2016 3:32:02 PM
**To:** Rachel Perry
**Subject:** 4191

Hello Rachel,
Please view the attachment, on the second page.

Time patterns cannot be on the otr, I've been seeing a lot of 15 minutes consistently and they need to vary and range. Time patterns, consistency, and high times on a daily otr sheets can result in rejection, as you may know not all patients spend the exact same time as other patients. Time usually range from 5-18 minutes. Please make sure the times vary for every patient and are not consistent. Example: 8, 2, 9,15,13,10, etc.

Please acknowledge thank you

**Anisoara Lopez**
Administrative Assistant I



**Proove Biosciences, Inc.**
15326 Alton Parkway, Irvine, CA 92618
10820 Guilford Road, Suite 201 Annapolis Junction, MD 20701

4/4/2017                                                Re: 4191

**Proove Medical Laboratories**
26 Technology Drive East, Irvine, CA 92618
**office:** 855-776-6832 ext. 1671 |
alopez@proove.com | www.proove.com

# EXHIBIT

# I

4/4/2017                                                     Re: 4191 time patterns

Reply all |
Delete
Junk |


# Re: 4191 time patterns

RP
Rachel Perry


Reply all |


Mon 9/12/2016, 4:45 PM
Anisoara Lopez
...

Sent Items
Sent Items
Thanks! You too!

---

**From:** Anisoara Lopez
**Sent:** Monday, September 12, 2016 4:18:00 PM
**To:** Rachel Perry
**Subject:** Re: 4191 time patterns

Thank you Rachel!
Have a fabulous week!

**Anisoara Lopez**
Administrative Assistant I



**Proove Biosciences, Inc.**
15326 Alton Parkway, Irvine, CA 92618
10820 Guilford Road, Suite 201 Annapolis Junction, MD 20701
**Proove Medical Laboratories**
26 Technology Drive East, Irvine, CA 92618
**office:** 855-776-6832 ext. 1671 **|**
alopez@proove.com **|** www.proove.com

---

**From:** Rachel Perry
**Sent:** Monday, September 12, 2016 3:06 PM
**To:** Anisoara Lopez
**Subject:** Re: 4191 time patterns

file:///C:/Users/tscot/Dropbox%20(LOTAS)/Perry,%20Rachel/Complaint/Exhibits/Anti-kickback/Re_%204191%20time%20patterns.html                    1/3

4/4/2017                                                                 Re: 4191 time patterns

OK, I'll start putting N/A. I just go by what's in the computer. They're not as good in this office about documenting dosage and duration.

Rachel

**From:** Anisoara Lopez
**Sent:** Monday, September 12, 2016 3:03:34 PM
**To:** Rachel Perry
**Subject:** Re: 4191 time patterns

Hello Rachel,
one more thing,
MED SCALE
Please make sure you are putting "n/a" if you don't know any of the following:
-dosage
-duration
When listing a medication on the (med scale) section and/or on the (adverse events).
Please be as thorough as possible, this is very important for our research data.
Thank you!

**Anisoara Lopez**
Administrative Assistant I



**Proove Biosciences, Inc.**
15326 Alton Parkway, Irvine, CA 92618
10820 Guilford Road, Suite 201 Annapolis Junction, MD 20701
**Proove Medical Laboratories**
26 Technology Drive East, Irvine, CA 92618
**office:** 855-776-6832 ext. 1671 |
alopez@proove.com | www.proove.com

**From:** Rachel Perry
**Sent:** Friday, September 9, 2016 2:27 PM
**To:** Anisoara Lopez
**Subject:** Re: 4191 time patterns

Thanks, I'll fix that from here on out.

**From:** Anisoara Lopez
**Sent:** Friday, September 9, 2016 2:20:39 PM
**To:** Rachel Perry
**Subject:** 4191 time patterns

Hello Rachel,
Time patterns can not be on the otr, I've been seeing a lot of 15 and 14 minutes consistently and they need to vary and range. Time patterns, consistency, and hightimes on a daily otr sheets can result in rejection, as you may

4/4/2017                                    Re: 4191 time patterns

know not all patients spend the exact same time as other patients. Time usually range from 5-18 minutes. Please make sure the times vary for every patient and are not consistent. Example: 8,2,9,15,13,10, etc.

Thank you
*please acknowledge this thread


**Anisoara Lopez**
Administrative Assistant I



**Proove Biosciences, Inc.**
15326 Alton Parkway, Irvine, CA 92618
10820 Guilford Road, Suite 201 Annapolis Junction, MD 20701
**Proove Medical Laboratories**
26 Technology Drive East, Irvine, CA 92618
**office:** 855-776-6832 ext. 1671 |
alopez@proove.com | www.proove.com

# EXHIBIT

# J

4/4/2017                                                OTR Packet

Reply all |
Delete
Junk |


# OTR Packet

CC

Christopher Coston <ccoston@proovebio.com>


Reply all |


Thu 9/3/2015, 10:05 AM
Angela Jaquith <ajaquith@proovebio.com>;
...
+9 more
Inbox
Inbox
This message was sent with high importance.

Hello Team,

I just wanted to make sure we are all on the same page as far as our packets. The OTR Envelope should have all visit 1,2 & 3 P.Q.'s as well as IIEs in the envelope. If you're putting your initials stating all forms are in there, we should see them. I just want to make sure we do not hold up any payments for your doctors.  If we do this together it will be simpler on all of us.


With thanks and appreciation,


**Christopher Coston**

Account Supervisor




**Proove Biosciences, Inc.**

15326 Alton Pkwy, Irvine, CA 92618

10820 Guilford Road, Suite 201, Annapolis Junction, MD 20701

**Proove Medical Laboratories**

26 Technology Drive East, Irvine, CA 92618

**direct:** 949.945.0495 | **fax:** 888.971.4219 | **tel:** 855.776.6832 ext.1654

ccoston@proovebio.com | www.proove.com



4/4/2017                                    OTR Packet

CONFIDENTIALITY NOTICE

This e-mail, and any attachments thereto, are intended only for use by the addressee(s) named herein and are confidential, under federal law, including HIPAA and "Confidentiality of Alcohol and Drug Abuse Patient Records," as contained in 42 CFR Part 2 (Vol. 42 of the Code of Federal Regulations, Part 2) and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any use of, dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error,please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

# EXHIBIT

# K



# Proove Summary View
Summary of tests ordered

Report Date May 17, 2016



### Patient Information

| | |
|---|---|
| Patient Name | Dawnmarie Deshaies |
| Date of Birth | March 3, 1966 |
| Ethnicity | Caucasian |
| Gender | Female |

**Date of Service**
May 11, 2016

**Date Received by Laboratory**
May 13, 2016

**Date of Injury**
N/A

**Customer ID**
P20121256

**Account Name**
Advanced Orthopedics Specialists of Orange County

**Physician Name**
Abdollahi, Karim

---

## Proove Opioid Risk - PBIO1



### Opioid Risk Index

**Predicted Risk**
LOW ✓

**Low Range**
0 - 11

- **Naïve to Prescription Opioids (RxO)** — Proceed with RxO therapy; Proove Drug Metabolism can help guide dosing, avoid side effects and drug-drug interactions.
- **RxO Good Responder** — Proceed with RxO therapy; Proove Drug Metabolism can help guide dosing, avoid side effects and drug-drug interactions.
- **RxO Poor Responder** — Consider adjusting dose and/or potency; Proove Drug Metabolism can help guide dosing, avoid side effects and drug-drug interactions.

---

## Proove Drug Metabolism - PBIO2

CYP 2C8  Normal          CYP 2C9  Normal          CYP 2C19  Normal          CYP 1A2 Ok Normal

CYP 2D6  Normal          CYP 3A4  Normal          CYP 3A5  Deficient

### Reference Guide

 Accelerated Metabolizer
 Normal Metabolizer

 Compromised Metabolizer
 Deficient Metabolizer

 Accelerated or Normal Metabolizer
 Normal or Compromised/Deficient Metabolizer

 Compromised or Deficient Metabolizer
 Insufficient Lab Results

 Proceed with Standard Precautions (Undefined Significance)
 Proceed with Caution (Abnormal Metabolizer)

---

## Proove Pain Perception - PBIO4



### Pain Sensitivity Index

✓ 1 — LPS/LPS = LOW - (lowest)
2 — APS/LPS = MODERATELY LOW
3 — APS/APS = AVERAGE
4 — HPS/LPS = MODERATELY HIGH
5 — HPS/APS & HPS = HIGH - (highest)

Dawnmarie Deshaies is genetically predisposed to **low pain sensitivity** and may be understating her level of pain. Patient pain numeric rating scores may be inconsistent with medical evaluations. This patient may recover more quickly from surgical procedures or injuries and require lower doses of pain medication compared to patients with HPS genotypes. However, additional diagnostic testing may be warranted to monitor severity of local pain sources.

---

## Proove NSAID Risk - PBIO17


Bleeding/Ulcer

No Predicted Risk


Cardiovascular

No Predicted Risk


Asprin Resistance

No Predicted Risk


H.Pylori Gastropathies

No Predicted Risk

---



**Laboratory Director:** S. Nguyen, M.D., F.C.A.P
**Proove Biosciences, Inc.** · **Proove Medical Laboratories, Inc.**
26 Technology Drive East, Irvine, CA 92618 · Ph. (855) 776-6832 · Fax (888) 971-4219 · www.proove.com
CA State Lab ID No: CLF 4478  CLIA No: 05D0580755

v1.0.0a2.1.0

Page 1 of 3

1



# Proove Summary View
### Summary of tests ordered
Patient Name: Dawnmarie Deshaies

Report Date May 17, 2016

## Proove Opioid Response – PBIO5

### Hydrocodone  – PBIO6
❌ Likely Poor Responder

Normal Dose

### Oxycodone  – PBIO7
❌ Likely Poor Responder

Normal Dose

### Morphine  – PBIO8
❌ Likely Poor Responder

Normal Dose

### Tramadol  – PBIO9
❌ Likely Poor Responder

Lower Dose

### Hydromorphone  – PBIO10
❌ Likely Poor Responder

Normal Dose

## Proove Non Opioid Response – PBIO11

### Ibuprofen – PBIO12
❌ Likely Poor Responder

Normal Dose

### Gabapentin – PBIO13
❌ Likely Poor Responder

Normal Dose

### Alprazolam – PBIO14
❌ Likely Poor Responder

Normal Dose

### Duloxetine – PBIO15
❌ Likely Poor Responder

Normal Dose

### Acetaminophen – PBIO16
✅ Likely Good Responder

Normal Dose

## Proove MAT Response – PBIO18

### Methadone – PBIO19
❌ Likely Poor Responder

Normal Dose

### Buprenorphine/Naloxone – PBIO20
✅ Likely Good Responder

Normal Dose

## Proove Epidural with Fentanyl Response – PBIO21

### Epidural with Fentanyl  – PBIO21
✅ Likely Good Responder

This patient is predicted to be resistant to fentanyl-induced respiratory suppression.

Normal Dose



**Laboratory Director:** S. Nguyen, M.D., F.C.A.P

**Proove Biosciences, Inc.  ·  Proove Medical Laboratories, Inc.**

26 Technology Drive East, Irvine, CA 92618  ·  Ph. (855) 776-6832  ·  Fax (888) 971-4219  ·  www.proove.com

CA State Lab ID No: CLF 4478   CLIA No: 05D0580755

Page 2 of 3

2



# Proove Summary View
#### Summary of tests ordered
Patient Name: Dawnmarie Deshaies

### The Proove Promise

We promise to respect the dignity and recognize the merit of individuality. Many define individual health from the perspective of the "average" treatment, doctor, or patient, assuming that the statistical average predicts the individual outcome. The average is a myth. There is no "average" treatment, doctor, patient or person for that matter. We believe in the power of one – one company, one doctor, one patient – to make a difference. Individuality is our reality.

Brian Meshkin
President, CEO

Si Van Nguyen, M.D., F.C.A.P
Laboratory Director

### Methodology

Genomic DNA is isolated from a dry buccal swab using a commercially available magnetic particle DNA isolation kit along with proprietary techniques using an automated DNA isolation system. Specific regions of interest are amplified using commercially available proprietary primers, TaqMan® probes, and reagents from Life Technologies, a ThermoFisher Company. The variants are detected on Life Technologies QuantStudio 12k Flex genetic analyzer as Single Nucleotide Polymorphisms (SNPs). The data is analyzed and reported by qualified licensed laboratory personnel using Life Technologies Genotyper data analysis software, version 1.3. This test was independently verified by Proove Biosciences, Inc. (Irvine, California) under Clinical Laboratory Improvement Amendment (CLIA) guidelines as a Laboratory Developed Test (LDT).

### Disclaimer

The above test(s) have not been cleared or approved by the US Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. Proove Medical Laboratories, Inc., has validated the performance characteristics of the above test(s). The above test(s) results are not intended to be used as the sole means for clinical diagnoses or patient management decisions. Only medically necessary tests (based on specific patient diagnosis and treatment) should be ordered. Screening tests will generally not be reimbursed by third party carriers.

** "Possible decreased metabolizer" indicates that the genetic tests report an ambiguous result that may be associated with either normal (B) or decreased (C or D) metabolism.

***Normal indicates the patient has a rare gene version that does not match with any reported allelic variants in the scientific literature and is not known to be associated with a specific metabolizer phenotype. The function of this allele is presumed to be normal and reported as "B" in this test report due to a lack of reported associations with aberrant metabolism; however, the detected SNP genotypes do differ from the *1 default allele.

### Notes

Signature:                                                                 Date:



**Laboratory Director:** S. Nguyen, M.D., F.C.A.P
**Proove Biosciences, Inc.** · **Proove Medical Laboratories, Inc.**
26 Technology Drive East, Irvine, CA 92618 · Ph. (855) 776-6832 · Fax (888) 971-4219 · www.proove.com
CA State Lab ID No: CLF 4478   CLIA No: 05D0580755



## Proof of Opioid Risk
Proove Opioid Risk Profile (PBIO1)
v.1

**Report Date** June 10, 2016



### Patient Information

| | |
|---|---|
| Patient Name | Dawnmarie Deshaies |
| Date of Birth | March 3, 1966 |
| Ethnicity | Caucasian |
| Gender | Female |

**Date of Service**
June 10, 2016

**Date Received by Laboratory**
May 13, 2016

**Date of Injury**
N/A

**Customer ID**
P20121256

**Account Name**
Advanced Orthopedics Specialists of Orange County

**Physician Name**
Abdollahi, Karim

### Opioid Risk Index



**8**
LOW

**Predicted Risk**
LOW ✓

**Low Range**
0 - 11

- **Naïve to Prescription Opioids (RxO)** - Proceed with RxO therapy; Proove Drug Metabolism can help guide dosing, avoid side effects and drug-drug interactions.
- **RxO Good Responder** - Proceed with RxO therapy; Proove Drug Metabolism can help guide dosing, avoid side effects and drug-drug interactions.
- **RxO Poor Responder** - Consider adjusting dose and/or potency; Proove Drug Metabolism can help guide dosing, avoid side effects and drug-drug interactions.



| Gene | Genotype |
|---|---|
| Serotonin 2a Receptor rs7997012 | A/G |
| Catechol-O-Methyltransferase rs4680 | G/G |
| Dopamine D2 Receptor (ANKK1) rs1800497 | G/G |
| Dopamine D1 Receptor rs4532 | T/T |
| Dopamine D4 Receptor rs3758653 | C/T |
| Dopamine Transporter rs27072 | C/T |
| Dopamine Beta Hydroxylase rs1611115 | C/C |
| Methylenetetrahydrofolate Reductase rs1801133 | G/A |
| Kappa Opioid Receptor rs1051660 | C/C |
| GABA$_A$ Receptor, gamma 2 rs211014 | A/C |
| Mu Opioid Receptor rs1799971 | A/G |
| Serotonin Transporter rs140701 | C/C |

### Phenotypes

| | | |
|---|---|---|
| 1 | Personal history of alcoholism | ● No |
| 2 | Personal history of illegal drug abuse | ● No |
| 3 | Personal history of prescription drug abuse | ● No |
| 4 | Age between 16 and 45 years old | ● No |
| 5 | Mental health disorders | ● No |
| 6 | Depression | ● No |



**Laboratory Director:** S. Nguyen, M.D., F.C.A.P.
Proove Biosciences, Inc. · Proove Medical Laboratories, Inc.
26 Technology Drive East, Irvine, CA 92618 · Ph. (855) 776-6832 · Fax (888) 971-4219 · www.proove.com
CA State Lab ID No: CLF 4478   CLIA No: 05D0580755

v1.0.0a1.1.0

Page 1 of 2

4



Proof of Opioid Risk

Proove Opioid Risk Profile (PBIO1)
Patient Name: Dawnmarie Deshaies

## The Proove Promise

We promise to respect the dignity and recognize the merit of individuality. Many define individual health from the perspective of the "average" treatment, doctor, or patient, assuming that the statistical average predicts the individual outcome. The average is a myth. There is no "average" treatment, doctor, patient or person for that matter. We believe in the power of one – one company, one doctor, one patient – to make a difference. Individuality is our reality.

Brian Meshkin
President, CEO

Si Van Nguyen, M.D., F.C.A.P
Laboratory Director

## Interpretation

The Opioid Risk index (ORI) is a one-time analysis combining objective genetic data with phenotypic information to help physicians identify patients at risk for the misuse of opioids. An ORI score of 0-11 indicates the patient exhibits low risk of misusing opioids. An ORI score of 12-23 indicates the patient exhibits moderate risk of misusing opioids. An ORI score of 24-52 indicates the patient exhibits high risk of misusing opioids. This information can be used, along with a medical evaluation of therapeutic outcomes, to guide opioid treatment decisions.

## Methodology

DNA collection is performed via a buccal swab. A published study showed that the average DNA yield was 1.94 µg ± 0.54 with a 94% genotyping pass rate in a pilot study (n=34), and 2.44 µg ± 1.74 with a 93% genotyping pass rate in the high-throughput application (n=1140, McMichael GL., et al. DNA from Buccal Swabs Suitable for High-Throughput SNP Multiplex Analysis. Journal of Biomolecular Techniques, 20:232-235 © 2009 ABRF).

Genomic DNA is isolated from a dry buccal swab using a commercially available magnetic particle DNA isolation kit along with proprietary techniques using an automated DNA isolation system. Specific regions of interest are amplified using commercially available proprietary primers, TaqMan® probes, and reagents from Life Technologies, a ThermoFisher Company. The variants are detected on Life Technologies QuantStudio 12k Flex genetic analyzer as Single Nucleotide Polymorphisms (SNPs). The data is analyzed and reported by qualified licensed laboratory personnel using Life Technologies Genotyper data analysis software, version 1.3. This test was independently verified by Proove Biosciences, Inc. (Irvine, California) under Clinical Laboratory Improvement Amendment (CLIA) guidelines as a Laboratory Developed Test (LDT).

## Disclaimer

The above test(s) have not been cleared or approved by the US Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. Proove Medical Laboratories, Inc., has validated the performance characteristics of the above test(s). The above test(s) results are not intended to be used as the sole means for clinical diagnoses or patient management decisions. Only medically necessary tests (based on specific patient diagnosis and treatment) should be ordered. Screening tests will generally not be reimbursed by third party carriers.



**Laboratory Director:** S. Nguyen, M.D., F.C.A.P
**Proove Biosciences, Inc.** · **Proove Medical Laboratories, Inc.**
26 Technology Drive East, Irvine, CA 92618 · Ph. (855) 776-6832 · Fax (888) 971-4219 · www.proove.com
CA State Lab ID No: CLF 4478  CLIA No: 05D0580755

5



# Proof of Drug Metabolism
Proove Drug Metabolism Profile (PBIO2)
v.4

Report Date May 17, 2016



### Patient Information

| | |
|---|---|
| Patient Name | Dawnmarie Deshaies |
| Date of Birth | March 3, 1966 |
| Ethnicity | Caucasian |
| Gender | Female |

**Date of Service**
May 11, 2016

**Date Received by Laboratory**
May 13, 2016

**Date of Injury**
N/A

**Customer ID**
P20121256

**Account Name**
Advanced Orthopedics Specialists of Orange County

**Physician Name**
Abdollahi, Karim

| Pain Medications | ✅ Standard Precaution | ⚠️ Caution | ✋ Extreme Caution |
|---|---|---|---|
| Non-Opioids | Carbamazepine (Tegretol)<br>Carisoprodol (Soma)<br>Cyclobenzaprine (Flexeril)<br>Gabapentin (Neurontin) | | |
| Opioids | Buprenorphine (Butrans)<br>Codeine<br>Fentanyl (Duragesic)<br>Hydrocodone (Norco, Vicodin)<br>Hydromorphone (Dilaudid)<br>Methadone (Dolophine)<br>Morphine (MS Contin, Avinza)<br>Oxycodone (OxyContin, Percocet)<br>Oxymorphone (Opana)<br>Tapentadol (Nucynta) | Tramadol (Ultram) | |
| NSAIDs | Celecoxib (Celebrex)<br>Diclofenac (Voltaren)<br>Etodolac (Lodine)<br>Flurbiprofen (Ansaid)<br>Ibuprofen (Advil, Motrin)<br>Indomethacin (Indocin)<br>Ketoprofen<br>Ketorolac (Toradol)<br>Meclofenamate (Meclomen)<br>Mefenamic acid (Ponstel)<br>Meloxicam (Mobic)<br>Nabumetone (Relafen)<br>Naproxen (Naprosyn, Aleve)<br>Oxaprozin (Daypro)<br>Piroxicam (Feldene)<br>Tolmetin sodium (Tolectin) | Fenoprofen (Nalfon) | |
| Benzodiazepines | Alprazolam (Xanax)<br>Bromazepam (Lexotanil)<br>Clonazepam (Klonopin)<br>Diazepam (Valium)<br>Flurazepam (Dalmane)<br>Midazolam (Versed)<br>Temazepam (Restoril)<br>Triazolam (Halcion) | Lorazepam (Ativan)<br>Oxazepam (Serax) | |



**Laboratory Director:** S. Nguyen, M.D., F.C.A.P
Proove Biosciences, Inc. · Proove Medical Laboratories, Inc.
26 Technology Drive East, Irvine, CA 92618 · Ph. (855) 776-6832 · Fax (888) 971-4219 · www.proove.com
CA State Lab ID No: CLF 4478   CLIA No: 05D0580755

v3.0.0a3.0.0

6



Proof of Drug Metabolism
Proove Drug Metabolism Profile (PBIO2)
Patient Name: Dawnmarie Deshaies

| Psychotropics | ✓ Standard Precaution | ⚠ Caution | ✋ Extreme Caution |
|---|---|---|---|
| SSRIs | Citalopram (Celexa)<br>Escitalopram (Lexapro)<br>Fluoxetine (Prozac)<br>Fluvoxamine (Luvox)<br>Paroxetine (Paxil)<br>Sertraline (Zoloft) | | |
| SNRIs | Desvenlafaxine (Pristiq)<br>Duloxetine (Cymbalta)<br>Levomilnacipran (Fetzima)<br>Venlafaxine (Effexor) | | |
| Tricyclic Antidepressants | Amitriptyline (Elavil)<br>Desipramine (Norpramin)<br>Doxepin (Sinequan)<br>Imipramine (Tofranil)<br>Nortriptyline (Pamelor) | | |
| Atypical Antidepressants | Bupropion (Wellbutrin)<br>Mirtazapine (Remeron)<br>Nefazodone (Serzone)<br>Trazodone (Oleptro)<br>Vilazodone (Viibryd)<br>Vortioxetine (Brintellix) | | |
| Typical Antipsychotics | Chlorpromazine (Thorazine)<br>Fluphenazine (Prolixin)<br>Haloperidol (Haldol)<br>Perphenazine (Trilafon)<br>Thioridazine (Mellaril)<br>Thiothixene (Navane) | | |
| Atypical Antipsychotics | Aripiprazole (Abilify)<br>Asenapine (Saphris)<br>Iloperidone (Fanapt)<br>Lurasidone (Latuda)<br>Olanzapine (Zyprexa)<br>Paliperidone (Invega)<br>Pimozide (Orap)<br>Quetiapine (Seroquel)<br>Risperidone (Risperdal)<br>Ziprasidone (Geodon) | | |



**Laboratory Director:** S. Nguyen, M.D., F.C.A.P

Proove Biosciences, Inc.  ·  **Proove Medical Laboratories, Inc.**

26 Technology Drive East, Irvine, CA 92618  ·  Ph. (855) 776-6832  ·  Fax (888) 971-4219  ·  www.proove.com

CA State Lab ID No: CLF 4478   CLIA No: 05D0580755

7



Proof of Drug Metabolism

Proove Drug Metabolism Profile (PBIO2)
Patient Name: Dawnmarie Deshaies

| Cardiology | ✅ Standard Precaution | ⚠️ Caution | ✋ Extreme Caution |
|---|---|---|---|
| Anti-Platelets | Clopidogrel (Plavix)<br>Prasugrel (Effient)<br>Ticagrelor (Brilinta)<br>Vorapaxar (Zontivity) | | |
| Anti-Coagulants | Dabigatran (Pradaxa)<br>Rivaroxaban (Xarelto) | Warfarin (Coumadin) | |
| ACE Inhibitors | Enalapril (Vasotec)<br>Lisinopril (Zestril)<br>Ramipril (Altace) | | |
| Angiotensin II Receptor Blockers | Irbesartan (Avapro)<br>Losartan (Cozaar)<br>Olmesartan (Benicar)<br>Valsartan (Diovan) | | |
| Alpha-2 Agonists | Guanfacine (Tenex) | | |
| Sodium Channel Blockers | Flecainide (Tambocor)<br>Mexiletine (Mexitil)<br>Propafenone (Rythmol) | | |
| Beta-Blockers | Atenolol (Tenormin)<br>Bisoprolol (Zebeta)<br>Carvedilol (Coreg)<br>Labetalol (Trandate)<br>Metoprolol (Lopressor)<br>Nebivolol (Bystolic)<br>Propranolol (Inderal)<br>Sotalol (Betapace) | | |
| Calcium Channel Blockers | Amlodipine (Norvasc)<br>Diltiazem (Cardizem)<br>Felodipine (Plendil)<br>Nifedipine (Adalat)<br>Verapamil (Calan, Verelan) | | |
| Statins | Atorvastatin (Lipitor)<br>Fluvastatin (Lescol)<br>Lovastatin (Mevacor)<br>Pravastatin (Pravachol)<br>Rosuvastatin (Crestor)<br>Simvastatin (Zocor) | | |



**Laboratory Director:** S. Nguyen, M.D., F.C.A.P
**Proove Biosciences, Inc.** · **Proove Medical Laboratories, Inc.**
26 Technology Drive East, Irvine, CA 92618 · Ph. (855) 776-6832 · Fax (888) 971-4219 · www.proove.com
CA State Lab ID No: CLF 4478   CLIA No: 05D0580755

8



# Proof of Drug Metabolism
Proove Drug Metabolism Profile (PBIO2)
Patient Name: Dawnmarie Deshaies

## Pain Medications — Detailed Results & Recommendations

**Non-Opioids**

 **Carbamazepine (Tegretol)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Carisoprodol (Soma)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Cyclobenzaprine (Flexeril)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Gabapentin (Neurontin)**
Gabapentin is not appreciably metabolized by the CYP450 family of enzymes; therefore, no dosage changes based on CYP450 genetics are recommended. However, if this patient requires concomitant treatment with opioids, (s)he may experience increases in gabapentin concentrations. In this case, carefully observe for signs of central nervous system (CNS) depression, such as somnolence, sedation and respiratory depression, and reduce the dose of gabapentin or opioids appropriately. Reduction of gabapentin dose may also be required in patients who have age-related compromised renal function.

**Opioids**

 **Tramadol (Ultram)**
This patient may experience reduced clearance of Tramadol. Consider lowering the dose of the medication.

 **Buprenorphine (Butrans)**
This patient is predicted to be a normal metabolizer of buprenorphine. Prescribe at standard label recommendations.

 **Codeine**
This patient is predicted to be a normal metabolizer of codeine. Prescribe at standard label recommendations.

 **Fentanyl (Duragesic)**
This patient is predicted to be a normal metabolizer of Fentanyl. Prescribe at standard label recommendations.

 **Hydrocodone (Norco, Vicodin)**
This patient is predicted to be a normal metabolizer of Hydrocodone. Prescribe at standard label recommendations.

 **Hydromorphone (Dilaudid)**
This patient is not predicted to have abnormal metabolism of Hydromorphone. Prescribe at standard label recommendations.

 **Methadone (Dolophine)**
This patient is predicted to require an average methadone maintenance treatment dose.

 **Morphine (MS Contin, Avinza)**
This patient is not predicted to have abnormal metabolism of Morphine. Prescribe at standard label recommendations.

 **Oxycodone (OxyContin, Percocet)**
This patient is predicted to be a normal metabolizer of Oxycodone. Prescribe at standard label recommendations.

 **Oxymorphone (Opana)**
This patient is not predicted to have abnormal metabolism of oxymorphone. Prescribe at standard label recommendations.

 **Tapentadol (Nucynta)**
This patient is not predicted to have abnormal metabolism of Tapentadol. Prescribe at standard label recommendations.

**NSAIDs**

 **Fenoprofen (Nalfon)**
This patient is at risk of experiencing an adverse drug event with this medication due to decreased metabolism. Consider a reduction of recommended starting dose and/or reducing frequency of use.


**Laboratory Director:** S. Nguyen, M.D., F.C.A.P
**Proove Biosciences, Inc.** · **Proove Medical Laboratories, Inc.**
26 Technology Drive East, Irvine, CA 92618 · Ph. (855) 776-6832 · Fax (888) 971-4219 · www.proove.com
CA State Lab ID No: CLF 4478  CLIA No: 05D0580755

*9*



**Proof of Drug Metabolism**
Proove Drug Metabolism Profile (PBIO2)
Patient Name: Dawnmarie Deshaies

## Pain Medications — Detailed Results & Recommendations

NSAIDs

 Celecoxib (Celebrex)
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

Diclofenac (Voltaren)
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

Etodolac (Lodine)
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

Flurbiprofen (Ansaid)
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 Ibuprofen (Advil, Motrin)
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

Indomethacin (Indocin)
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 Ketoprofen
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

Ketorolac (Toradol)
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 Meclofenamate (Meclomen)
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 Mefenamic acid (Ponstel)
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

Meloxicam (Mobic)
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 Nabumetone (Relafen)
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

Naproxen (Naprosyn, Aleve)
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 Oxaprozin (Daypro)
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

Piroxicam (Feldene)
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 Tolmetin sodium (Tolectin)
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

Benzodiazepines

⚠ Lorazepam (Ativan)
This patient is at risk of experiencing an adverse drug event with this medication due to decreased metabolism. Initiate standard recommended dose, but consider lower maintenance dose if indicated.



**Laboratory Director:** S. Nguyen, M.D., F.C.A.P
**Proove Biosciences, Inc.** · **Proove Medical Laboratories, Inc.**
26 Technology Drive East, Irvine, CA 92618 · Ph. (855) 776-6832 · Fax (888) 971-4219 · www.proove.com
CA State Lab ID No: CLF 4478   CLIA No: 05D0580755

10



## Proof of Drug Metabolism
Proove Drug Metabolism Profile (PBIO2)
Patient Name: Dawnmarie Deshaies

## Pain Medications — Detailed Results & Recommendations

Benzodiazepines

 **Oxazepam (Serax)**
This patient is at risk of experiencing an adverse drug event with this medication due to decreased metabolism. Initiate standard recommended dose, but consider lower maintenance dose if indicated.

 **Alprazolam (Xanax)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Bromazepam (Lexotanil)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Clonazepam (Klonopin)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Diazepam (Valium)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Flurazepam (Dalmane)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Midazolam (Versed)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Temazepam (Restoril)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Triazolam (Halcion)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.



**Laboratory Director:** S. Nguyen, M.D., F.C.A.P
**Proove Biosciences, Inc.** · **Proove Medical Laboratories, Inc.**
26 Technology Drive East, Irvine, CA 92618 · Ph. (855) 776-6832 · Fax (888) 971-4219 · www.proove.com
CA State Lab ID No: CLF 4478   CLIA No: 05D0580755

Page 6 of 15

11



# Proof of Drug Metabolism
Proove Drug Metabolism Profile (PBIO2)
Patient Name: Dawnmarie Deshaies

**Psychotropics — Detailed Results & Recommendations**

SSRIs

 **Citalopram (Celexa)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Escitalopram (Lexapro)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Fluoxetine (Prozac)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions. Please note: according to the FDA Drug Label, if fluoxetine is added to the treatment regimen of a patient already receiving a drug metabolized by CYP2D6, the need for decreased dose of the original medication should be considered. Drugs with a narrow therapeutic index represent the greatest concern (e.g., flecainide, propafenone, vinblastine, and TCAs).

 **Fluvoxamine (Luvox)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Paroxetine (Paxil)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Sertraline (Zoloft)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

SNRIs

 **Desvenlafaxine (Pristiq)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Duloxetine (Cymbalta)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Levomilnacipran (Fetzima)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Venlafaxine (Effexor)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

Tricyclic Antidepressants

 **Amitriptyline (Elavil)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Desipramine (Norpramin)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Doxepin (Sinequan)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Imipramine (Tofranil)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

 **Nortriptyline (Pamelor)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions.

Atypical Antidepressants

 **Bupropion (Wellbutrin)**
This patient is predicted to metabolize this medication normally. Prescribe with standard precautions and consider therapeutic drug monitoring to achieve a hydroxybupropion level between 850 and 1500 ng/ml.



**Laboratory Director:** S. Nguyen, M.D., F.C.A.P
**Proove Biosciences, Inc.** · **Proove Medical Laboratories, Inc.**
26 Technology Drive East, Irvine, CA 92618 · Ph. (855) 776-6832 · Fax (888) 971-4219 · www.proove.com
CA State Lab ID No: CLF 4478   CLIA No: 05D0580755

12