NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
ROSS M. CUFF (SBN 275093)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7388
    Fax: (213) 894-7819
    Email: ross.cuff@usdoj.gov

Attorneys for United States of America

FILED
CLERK, U.S. DISTRICT COURT
06/01/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: smom DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>    Plaintiff[s],<br><br>    v.<br><br>[UNDER SEAL],<br><br>    Defendant[s]. | No. SACV 17-616-MWF (DFMx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND UNSEALING OF CASE] |

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
ABRHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
ROSS M. CUFF (SBN 275093)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7388
    Fax: (213) 894-7819
    Email: ross.cuff@usdoj.gov

Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RACHEL PERRY,<br><br>    Plaintiffs,<br><br>v.<br><br>PROOVE BIOSCIENCES, INC., DR. KARIM ABDOLLAHI; DR. WILLIAM WANG; DR. MICHAEL J. GILLMAN; DOES 1-10,<br><br>    Defendants. | No. CV17-616-MWF (DFMx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND UNSEALING OF CASE] |

Pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America ("United States") notifies the Court of its decision not to intervene in the above-captioned action ("this action").

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the *qui tam* plaintiff Rachel Perry (the "relator") to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties provide the United States with notice of the same, and the Court provide the United States with an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court in this action be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of this action or any claims therein. The United States also requests that it be served with all notices of appeal in this action.

Finally, the United States and the relator stipulate that the relator's Complaint, this Notice, and the accompanying proposed Order should be unsealed. The United States and the relator further stipulate that all other papers filed or lodged to date in this action should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United

States' investigation, and, thereby, evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is lodged concurrently herewith.

Respectfully submitted,

Dated: May 29, 2020          LAW OFFICES OF TIMOTHY A. SCOTT

_____
TIMOTHY A. SCOTT
Attorneys for Relator

Dated: May 29, 2020          NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section

_____
ROSS M. CUFF
Assistant United States Attorney
Attorneys for the United States of America

2

PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On May 29, 2020, I served the NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE on each person or entity named below by e-mail.

Date of e-mailing: May 29, 2020. Place of e-mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom e-mailed:

TIMOTHY A. SCOTT
(tas@scotttriallawyers.com)
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, California 92101
Attorney for Relator Rachel Perry

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2020, at Los Angeles, California.

_____
ROSS M. CUFF