NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
ROSS M. CUFF (SBN 275093)
Assistant United States Attorney
        Room 7516, Federal Building
        300 N. Los Angeles Street
        Los Angeles, California 90012
        Tel:  (213) 894-7388
        Fax: (213) 894-7819
        Email: ross.cuff@usdoj.gov

Attorneys for United States of America

**FILED**
CLERK, U.S. DISTRICT COURT

**06/01/2020**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ smom ___ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>          Plaintiff[s],<br><br>          v.<br><br>[UNDER SEAL],<br><br>          Defendant[s]. | No. SACV 17-616-MWF (DFMx)<br><br>ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND UNSEALING OF CASE<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE] |

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
ABRHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
ROSS M. CUFF (SBN 275093)
Assistant United States Attorney
     Room 7516, Federal Building
     300 N. Los Angeles Street
     Los Angeles, California 90012
     Tel:  (213) 894-7388
     Fax: (213) 894-7819
     Email: ross.cuff@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. RACHEL PERRY,<br><br>            Plaintiffs,<br><br>            v.<br><br>PROOVE BIOSCIENCES, INC.; DR. KARIM ABDOLLAHI; DR. WILLIAM WANG; DR. MICHAEL J. GILLMAN; DOES 1-10,<br><br>            Defendants. | No. CV17-616-MWF (DFMx)<br><br>ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND UNSEALING OF CASE<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE] |

The United States of America ("United States") having declined to intervene in the above-captioned action ("this action") pursuant to 31 U.S.C. § 3730(b)(4)(B), and the United States and *qui tam* plaintiff Rachel Perry (the "relator") having stipulated to the unsealing of the case with certain exceptions, the Court now orders as follows:

IT IS ORDERED that:

1.     The seal is lifted from this action in all respects, except as specified in Paragraph 3 below.  The Complaint is unsealed and the relator shall serve it upon the defendants;

2.     This Order and the Notice of Election by the United States to Decline Intervention and Stipulation Re Unsealing of Case are both unsealed, and the relator shall serve both upon the defendants with the Complaint;

3.     All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4.     The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5.     The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3); and

6.     Should the relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated:  June 1, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

2

<u>PROOF OF SERVICE BY E-MAIL</u>

I am over the age of 18 and not a party to the above-captioned action.  I am employed by the Office of United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On May 29, 2020, I served the [PROPOSED] ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND UNSEALING OF CASE on each person or entity named below by e-mail.

Date of e-mailing:  May 29, 2020.  Place of e-mailing:  Los Angeles, California.

Person(s) and/or Entity(s) to whom e-mailed:

  TIMOTHY A. SCOTT
  (tas@scotttriallawyers.com)
  LAW OFFICES OF TIMOTHY A. SCOTT
  1350 Columbia Street, Suite 600
  San Diego, California 92101
  Attorney for Relator Rachel Perry

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2020, at Los Angeles, California.

ROSS M. CUFF