UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **SACV 17-616-MWF(SSx)** | Date: October 03, 2023 |
| Title | United States of America v. Proove Biosciences, Inc., et al. | |

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on April 5, 2017. (Docket No. 1). The matter remained sealed until the filing of the Order Re Election by the United States to Decline Intervention and Unsealing of Case on June 1, 2020 (the "Order"). (Docket No. 35).

The Court **ORDERS** Relator Rachel Perry to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following:

- ■ BY RELATOR: PROOF OF SERVICE of the Summons, Complaint and Order on Defendants. The Order required Relator to serve the Notice of Election by the United States to Decline Intervention and Stipulation Re Unsealing of Case (Docket No. 34), the Order (Docket No. 35), and the Complaint (Docket No. 1) on all Defendants.

    OR

- ■ BY DEFENDANTS: RESPONSES TO THE COMPLAINT

Alternatively, Relator may take the necessary steps to dismiss this action, with notice of same to the United States.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **SACV 17-616-MWF(SSx)**                                   Date:  October 03, 2023

Title        **United States of America v. Proove Biosciences, Inc., et al.**

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **OCTOBER 20, 2023** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm